# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BRENDA COX**                                                     **PLAINTIFF**

**v.**                              **No. 3:24-cv-15-DPM**

**BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS**                        **DEFENDANT**

## JUDGMENT

Cox's claims under the Arkansas Civil Rights Act and the Age Discrimination in Employment Act are dismissed without prejudice. Her Title VII claims for sex discrimination, retaliation, and constructive discharge are dismissed without prejudice, too. Cox's Title VII hostile work environment claim is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_23 July 2026_